FILED
CLERK, U.S. DISTRICT COURT

NOV - 2 2017

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>Sergio Juarez Vildhis<br><br>      Defendant. | 12 - MJ· 2727<br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)   (✓)   the appearance of defendant as required; and/or

    (B)   ( )   the safety of any person or the community.

//

//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _11-2-17_

*Patrick J. Walsh*

_____
~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE